FILE COPY



# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

March 20, 2019

Earl Griffin, Jr.
Sage Seal
Attorney at Law
P.O. Box 730
Childress, TX 79201
* DELIVERED VIA E-MAIL *

J. Staley Heatly
District Attorney
1700 Wilbarger Street, Suite 32
Vernon, TX 76384
* DELIVERED VIA E-MAIL *

**RE:** Case Number:  07-18-00214-CR, 07-18-00215-CR, 07-18-00216-CR
Trial Court Case Number: 4371

**Style:** Brian Douglas Rambo v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:    Honorable Dan Mike Bird (DELIVERED VIA E-MAIL)
Ellen London (DELIVERED VIA E-MAIL)